IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| CHALLES LOFTON, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 3:20-cv-05107-MDH |
| HOTS, INC., et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court are Plaintiff's Objections to Defendant's First Interrogatories and Plaintiff's Objections to Defendant's First Requests for Production. The Court's rulings are as follows:

1. Plaintiff's objection to Defendant's Interrogatory No. 2 is **OVERRULED**.

2. Plaintiff's objection to Defendant's Request for Production No. 1 is **OVERRULED**.

3. Plaintiff's objection to Defendant's Request for Production No. 2 is **SUSTAINED**.

4. Plaintiff's objection to Defendant's Request for Production No. 6 is **OVERRULED**. However, if Plaintiff believes any communications are privileged, irrelevant, or otherwise not subject to discovery, Plaintiff may provide those communications to the Court for the Court's ruling prior to production to Defendant.

5. Plaintiff's objection to Defendant's Request for Production No. 7 is **SUSTAINED IN PART AND DENIED IN PART**. Plaintiff is ordered to produce only the portions of her tax returns that show cash receipts for the years 2016, 2017, 2018, and 2019.

6. Plaintiff's objection to Defendant's Request for Production No. 9 is **SUSTAINED**.

1

7. Plaintiff's objection to Defendant's Request for Production is **OVERRULED**. However, Plaintiff is ordered to produce Form W-2s and Form 1099s she received issued by Defendant for the years 2016, 2017, 2018, and 2019 only.

8. Plaintiff's objection to Defendant's Request for Production No. 12 is **OVERRULED**.

9. Plaintiff's objection to Defendant's Request for Production No. 14 is **OVERRULED**.

10. Plaintiff's objection to Defendant's Request for Production No. 15 is **SUSTAINED**.

The parties may move to contest the Courts rulings at any time before the close of discovery. Responses to any motion are due within one week of the motion being filed.

**IT IS SO ORDERED.**

Dated: June 1, 2021 */s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**United States District Judge**