IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| CHALLES LOFTON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:20-cv-05107-MDH |
| HOTS, INC., ANTHONY FRANK CATROPPA, and KIMBERLY MILLS, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

A Joint Stipulation of Dismissal With Prejudice was filed May 22, 2024 (Doc. 69). Within that Stipulation, pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff, Challes Lofton, on behalf of herself and each opt-in Plaintiff, and Defendants Hots, Inc., Anthony Frank Catroppa, Sr., and Kimberly Mills, stipulate to a dismissal with prejudice of all claims raised by Plaintiffs in this action, with each party to bear their own costs of court and attorney's fees.

WHEREFORE, after review, the Court hereby ORDERS that this case is dismissed in its entirety as to all parties, with prejudice, and with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: May 28, 2024

                                      _/s/ Douglas Harpool_
                                      **DOUGLAS HARPOOL**
                                      **UNITED STATES DISTRICT JUDGE**